**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-1132

Kacie Magee Breen

- - Versus - -

Alyce B. Landry, Barbara Lane Irwin, and Sean Michael
Breen

22nd Judicial District Court
Case #: 201814167
St. Tammany Parish

On Application for Rehearing filed on 04/28/2023 by Kacie M. Breen

Rehearing _Denied_

_____
John Michael Guidry

_____
Elizabeth Wolfe

_____
Steven M. Miller

Date __MAY 2 3 2023__

_____
Rodd Naquin, Clerk